E-FILED
Wednesday, 06 May, 2026  04:36:27 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| G.C., a minor child, by and through her Parent and legal guardian, A.C.,<br>　　Plaintiff,<br><br>v.<br><br>ROCK ISLAND-MILAN SCHOOL DISTRICT NO. 41, and ROCK ISLAND BOARD OF EDUCATION,<br>　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 4:23-cv-04128-SLD<br>)<br>) Chief Judge Sara Darrow<br>) Magistrate Judge Jonathan E. Hawley<br>)<br>) |

<u>**UNOPPOSED ORDER FOR PRODUCTION OF STUDENT RECORDS**</u>

It is hereby ORDERED:

WHEREFORE, Plaintiff's discovery requests seek production of certain documents containing personally identifiable student records protected by the Illinois School Student Records Act, 105 ILCS 10/6, and the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g ("FERPA") ("Confidential Student Information"); and

WHEREFORE, Defendants have objected to production of such documents without an order of this Court and appropriate notice to the affected students; and

WHEREFORE, FERPA requires that students be notified and given an opportunity to object to production of unredacted personally identifiable student records;

WHEREFORE, discovery in this matter is subject to a protective order;

IT IS HEREBY ORDERED:

1.　　Within three business days after entry of this Order, the Defendants' counsel will send notice via overnight delivery to the students whose records are subject to disclosure in response to Plaintiff's discovery requests advising that their records may be subject to production in this action. The notice will include a copy of this Order and will advise the students that they

may file a motion objecting to production of their unredacted records and contact information with this Court within fourteen days after mailing of the notice. Any such motion must be served upon counsel for both Parties.

2. Defendants shall produce the records at issue within twenty-eight days after entry of this Order, unless Defendants' counsel has received service of a timely motion filed by the student objecting to the production. The records will be marked "Confidential Student Record Information – Subject to Protective Order."

*So Ordered.*

Dated: May 6, 2026

_____
Ronald L. Hanna
U.S. Magistrate Judge

2